**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **VIRGIL MITCHELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 26-00285-KD-C** |
| | ) | |
| **CHARLES SPEEGLE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

Plaintiff Virgil Mitchell filed this action against Charles Speegle, Fairhope PD (doc. 1). However, Mitchell did not pay the $405.00 filing and administrative fees or file a Local Form AO 240 "Motion to Proceed Without Prepayment of Fees". Mitchell was ordered to either pay the fees or file a motion to proceed without prepayment of fees by August 31, 2026 (doc. 3). Mitchell was warned that failure to comply with the Order within the prescribed time or to advise the Court of a change of address would result in the dismissal of this action without prejudice for failure to prosecute and to comply with the Court's Order (Id.). To facilitate compliance, the Court sent Mitchell a copy of the from for a motion to proceed without prepayment of fees. (Id.)

To date, Mitchell has not paid the filing fee or filed a motion to proceed without prepayment of fees in this action. In this procedural posture, where Mitchell has been warned and given notice that failure to comply would result in dismissal without prejudice, the Court has authority to *sua sponte* dismiss this action for Mitchell's failure to comply with the Court's orders and/or failure to prosecute. Thomason v. Alabama Home Builders Licensure Bd., 741 Fed. Appx. 638, 640-641(11th Cir. 2018) ("A district court has the authority to *sua sponte* dismiss a complaint for failure to comply with a court order.") (citing Fed. R. Civ. P. 41(b) and

Betty K Agencies, Ltd. v. M/V Monada, 432 F.3d 1333, 1337 (11th Cir. 2005)); Thomason, 741 Fed. Appx. at 640 ("While dismissal is an extraordinary remedy, dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.")(citing Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989)) (S.D. Ala. Civ. LR 41(c) "Dismissal for Lack of Diligence. Whenever it appears that the Plaintiff is not diligently prosecuting the action, the Court upon notice may dismiss the action for failure to prosecute, in accordance with applicable law.").

Accordingly, this action is dismissed without prejudice for failure to prosecute and failure to comply with the Court's Order.

The Clerk is directed to send a copy of this Order to Mitchell at his address of record.

**DONE** and **ORDERED** this 27th day of October 2026.

**s / Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**